UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donnell Baines,

               Plaintiff,

-against-

Bryan White, Peter Guiheen, Joseph Leonard, and Robert O'Donoghue,

               Defendants.



10-Cv-9545 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendants, it is HEREBY ORDERED that the Clerk of Court is directed to amend the caption in this action as set forth above.

Dated: New York, New York
       June 26, 2018

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.