```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DONNELL BAINES,                       :     10-Cv-9545 (SHS)

           Plaintiff,           :

-against-                             :     ORDER

BRYAN WHITE, PETER GUIHEEN, JOSEPH    :
LEONARD, and ROBERT O'DONOGHUE,
                                      :
           Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    For the reasons set forth on the record,

    IT IS HEREBY ORDERED that defendants' motion pursuant to Fed. R. Civ. P. 50 is denied, except is granted as to defendant Robert O'Donoghue's motion to dismiss the claim against him for failure to intervene.

Dated: New York, New York
       June 27, 2018

                                      SO ORDERED:

                                      _____
                                      Sidney H. Stein, U.S.D.J.